IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERTS,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC WOODTECH CORPORATION,<br><br>   Defendant. | No.  2:24-CV-1155-KJM-DMC-P<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action.  On referral from the assigned District Judge, the matter is set for an initial status/scheduling conference before the undersigned on June 3, 2024, at 1:00 p.m., via Zoom.  On or before May 22, 2024, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

   IT IS SO ORDERED.

Dated:  May 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE