IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC WOODTECH CORPORATION,<br><br>    Defendant. | No. 2:24-CV-1155-KJM-DMC<br><br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. On referral from the assigned District Judge, the matter has been set for an initial status/scheduling conference before the undersigned on June 3, 2024, at 1:00 p.m., via Zoom. See ECF No. 11. A review of the docket reflects that Plaintiff has filed a motion to remand this matter to state court. See ECF No. 12. The motion is set for hearing before the District Judge on July 12, 2024. See id. On the Court's own motion, the June 3, 2024, scheduling conference is vacated pending the District Judge's ruling on Plaintiff's motion to remand.

        IT IS SO ORDERED.

Dated: May 21, 2024

                                                _____<br>
                                                DENNIS M. COTA<br>
                                                UNITED STATES MAGISTRATE JUDGE